■ In the Matter of CORNELIUS MARTIN, Appellant, v HENRY LEMONS, JR., Acting Chairman, New York State Division of Parole, Respondent. [896 NYS2d 276]—Appeal from a judgment of the Supreme Court, Wyoming County (Mark H. Dadd, A.J.), entered May 8, 2009 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Sconiers, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DALLAS PORTER, Appellant. [896 NYS2d 276]—Appeal from a judgment of the Niagara County Court (Angelo J. Morinello, A.J.), rendered July 11, 2008. The judgment convicted defendant, upon her plea of guilty, of attempted assault in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Centra, Fahey and Pine, JJ.